IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JEFFREY and LAURA CARTER

CASE NO.:08-13643-13

    Plaintiffs,

v.                                  AP NO.:  08-01087

WAYNE FRIER HOME CENTER OF
PENSACOLA, LLC; LIVE OAK
HOMES, LTD; FRIER FINANCE, INC.;

    Defendants.

## ORDER APPROVING SPECIAL COUNSEL FEES AND EXPENSES

The matter came before the court on June 2, 2010 on application for special counsel, Earl P. Underwood, Jr. and George R. Irvine seeking reimbursement for expenses and payment of counsel fees for the representation of the Debtors in **AP NO.:  08-01087**. Mr. Underwood's and Mr, Irvine's employment as special counsel was first approved on April 3 2009. The motion was support by   affidavits and exhibits itemizing the movants' expenses and setting out the details of the contract with the Debtors. After notice to parties in interest, the matter came up before the Court on June 22nd 2010. Appearances were as noted in the record. Based upon the proffer of the Debtors and the affidavit and exhibits flied by movant in support of the motion, the Court is of the opinion that the motion is due to be and is hereby granted. The Court orders as follows:

    1.    The application for attorney's fees and expenses is approved and attorney's fees and expenses are authorized in the sum of ten thousand dollars ($10,000.00)**.**

Dated:   July 15, 2010

                                                     */s/ Margaret A. Mahoney*
                                                     MARGARET A. MAHONEY
                                                     CHIEF U.S. BANKRUPTCY JUDGE